UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: TIMOTHY M. STANCEU, SENIOR JUDGE

------------------------------------------------------------x
Kehoe Component Sales, Inc.,                            :

                Plaintiff,        :

     v.                                                   :   Court No. 19-00007

UNITED STATES,                                          :

                Defendant.       :
------------------------------------------------------------x

## ORDER

Upon consideration of plaintiff's consent motion to designated Court No. 19-00007 a test case pursuant to U.S. Court of International Trade Rule 84(b), it is:

**ORDERED** that Court No. 19-00007 is designated a test case, and

**ORDERED** that the following cases are suspended under test case 19-00007:

| PLAINTIFF | COURT NUMBER |
|---|---|
| *Kehoe Component Sales, Inc.* | 18-00212 |
| *Kehoe Component Sales, Inc.* | 21-00586 |

                                              SO ORDERED

                                              _____
                                              Timothy M. Stanceu, Senior Judge

New York, New York
This _____ day of January 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: TIMOTHY M. STANCEU, SENIOR JUDGE

```
-------------------------------------------------------------x
Kehoe Component Sales, Inc.,               :

                    Plaintiff,             :

          v.                               :     Court No. 19-00007

UNITED STATES,                             :

                    Defendant.             :
-------------------------------------------------------------x
```

**CONSENT MOTION TO DESIGNATE A TEST CASE**
**AND SUSPEND DESIGNATED CASES UNDER THE TEST CASE**

Plaintiff, through its undersigned attorney, respectfully files this motion pursuant to U.S. Court of International Trade ("USCIT") Rules 7 and 84 to designate the above-captioned action a test case and to suspend thereunder pending cases 18-00212 and 21-00586. The above-captioned action is being actively litigated in this Court, and all three actions involve the correct tariff classification of heat blanket controllers.

Plaintiff filed a complaint in this action on July 12, 2021, and defendant filed its answer on December 15, 2021. By letter dated December 15, 2021, the Court directed the parties to file a proposed scheduling order by February 28, 2022.

In case 18-00212, plaintiff filed a complaint on October 05, 2021. On November 29, 2021, the Court granted defendant's motion for an extension of time in which to answer the complaint to January 20, 2022

Plaintiff believes that resolution of the tariff classification issues in case 19-00007 will resolve the tariff classification issues in pending cases 18-00212 and 21-00586 that also involve the correct tariff classification of the product at issue in case 19-00007.

On December 27, 2021, counsel for plaintiff conferred with Government attorney Peter A. Mancuso in the preparation of this motion.  Mr. Mancuso consented to this filing and the relief requested.

WHEREFORE, we respectfully request that the Court grant this consent motion for test case designation and suspension of pending cases 18-00212 and 21-00586 under the test case..

                                      Respectfully submitted,
                                      GRUNFELD, DESIDERIO, LEBOWITZ
                                      SILVERMAN & KLESTADT LLP
                                      Attorneys for Plaintiff
                                      599 Lexington Avenue, 36th Floor
                                      New York, NY 10022
                                      Tel. (212) 557-4000


                          By:  /s/ Robert F. Seely
                                      Robert F. Seely

Dated:  January 6, 2022

11415282_1