UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| KEHOE COMPONENT SALES INC., | : |
| Plaintiff, | : |
| v. | : Court No. 19-00007 |
| UNITED STATES, | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that Mathias Rabinovitch has been substituted as principal attorney of record for the United States, defendant in the above-captioned action, in place of Nico Gurian, and requests that all papers in connection therewith be referred to his attention.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
Attorney-In-Charge
International Trade Field Office

/s/ Mathias Rabinovitch
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

Dated: October 29, 2025